| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:05cr00026-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR. MISC. NO. 1047 2:06CR177-WHA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Atoya Alquita Williams<br>509 Lee County Road 201<br>Salem, Alabama 36874 | EASTERN DISTRICT OF VIRGINIA | Norfolk |
| | NAME OF SENTENCING JUDGE<br>The Honorable Raymond A. Jackson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/18/05 — TO 10/17/08 |

RECEIVED JUL 6 2006 CLERK, US DISTRICT COURT NORFOLK, VA

**OFFENSE**

Count One: Larceny of Government Property (Felony) in violation of 18 U.S.C. 641, a Class C Felony.
Count Two: Use of a False Writing (Felony) in violation of 18 U.S.C. 1001(a)(3), a Class D Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/13/06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF ALABAMA</u>

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/9/06
Effective Date

United States District Judge

A TRUE COPY, TESTE;
CLERK, U.S. DISTRICT COURT
BY DEPUTY CLERK