PROB 12C
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Atoya Alquita Williams                          Case Number:2:06CR00177-WHA

Name of Sentencing Judicial Officer: The Honorable Raymond A. Jackson, U.S. District Judge (Eastern District of Virginia); Jurisdiction transferred on July 11, 2006 to the Middle District of Alabama and the case assigned to The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: October 20, 2005

Original Offense: Larceny of Government Property and Use of a False Writing

Original Sentence: Time served (approximately 84 days) and three (3) years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: October 20, 2005

Assistant U.S. Attorney: Louis V. Franklin, Sr.                          Defense Attorney: Unassigned

## PETITIONING THE COURT

[]       To issue a warrant
[X]      To issue a summons
The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1. Mandatory Condition, "It shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment." | The offender has not made restitution payments since August 9, 2006. |
| Viol. 2. Standard Condition Number 6, "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." | On September 7, 2006, the probation officer learned from Williams' step-father that she had moved from her residence sometime in late July or early August 2006 and had also quit her employment. The staff at her last reported place of employment, Subway located on Highway 280 in Phenix City, Alabama, informed the probation officer that Williams had worked one week and then quit in late June 2006. Williams provided no notice to the probation officer regarding any changes in her residence and employment. |

PROB 12C
(7/93)

2

| Viol. 3.  Standard Condition Number 3, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | The offender was instructed to report to the USPO on October 3, 2006 to address the previously stated non-compliance.  The offender did not report as directed, however, she called and left a message that there had been a death in the family and she did not have a ride.  The probation officer attempted to return her call at several listed numbers and subsequently left a voice mail for her to report on October 11, 2006. Again, she failed to report as instructed. The probation officer attempted to contact her again on the telephone but was met with negative results.  As of the date of the submission of this petition, the offender is considered to have absconded supervision. |
| --- | --- |

U.S. Probation Officer Recommendation:   I recommend that a warrant for the offender's arrest be issued and that the offender be brought before the court so that her conditions of supervised release can be modified as stated below.  The offender was previously reprimanded for failing to attend drug treatment, submitting a positive drug test, and failing to attend mental health treatment and no action was taken by the probation office in the Eastern District of Virginia. Additionally, she previously absconded supervision while on bond supervision in the Middle District of Georgia while awaiting her sentencing in the Eastern District of Virginia.

[ ]      The term of supervision should be
     [ ]        revoked.
     [ ]        extended for _ years, for a total term of _ years.

[X]      The conditions of supervision should be modified as follows:

**The defendant shall reside in a Community Corrections Center (CCC) maintained or under contract to the Bureau of Prisons (BOP) for a period of six (6) months and shall comply with the rules of the facility.  The term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer.**

I declare under penalty of perjury the foregoing is true and correct

Executed on ___11/20/06___ By _____
                                                U.S. Probation Officer

Reviewed and approved:_____
                       Supervising U.S. Probation Officer

=========================================================================

THE COURT ORDERS:

[ ]      No Action
[ ]      The Issuance of a Warrant
[ ]      The Issuance of a Summons
[ ]      Other

_____
Signature of Judicial Officer

_____
Date