# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | December 5, 2006 | AT: | 9:00 a.m. |
| DATE COMPLETED: | December 5, 2006 | AT: | 9:40 a.m. |

UNITED STATES OF AMERICA   )
                           )
vs.                        )   CR. No. 2:06cr177-WHA
                           )
ATOYA ALQUITA WILLIAMS     )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Brown Hardwick | Don Bethel |

### COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Stan Robinson, USPO |
| Elna Behrman, Courtroom Deputy | Daniel Harrell, Law Clerk |

### COURTROOM PROCEEDINGS

(X)   Hearing on Petition for Modification of Supervised Release

Hearing commences.
Defendant is sworn.
Court reviews the violations of the petition for the record.
Defendant pleads guilty to all violations.
Government offers proof in support of all violations.
Court finds the Defendant to be guilty of all violations.
Defendant's counsel requests Defendant be allowed to return home until bed becomes available at the half-way house.
Defendant presents testimony with regard to allowing the Defendant to remain at home until a bed becomes available.
Court examines the Defendant.
Court will allow Defendant to serve six months in a half-way house and to remain out of jail under the same terms and conditions she is under now until a bed becomes available.
Court will enter an order stating the terms and conditions of the modification.
Court is adjourned.