IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:06cr177-WHA |
| | ) | |
| ATOYA ALQUITA WILLIAMS | ) | |

## WITNESS LIST

| COURT | DEFENDANT |
|---|---|
| Stan Robinson, USPO | Vernis Upshaw |
| | Jeremy Upshaw |