IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr177-WHA |
| ATOYA ALQUITA WILLIAMS ) | |

## ORDER

Upon the recommendation of the probation officer, it is hereby ORDERED that the following modification be made to the Defendant's supervised release conditions:

**The Defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. This term shall begin upon the Defendant's surrender to the facility at the time directed by the probation officer. While residing at the community corrections facility, the Defendant shall participate in a drug treatment program.**

DONE this 5th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE